# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.  SA CV 11-1681-DOC(JPRx) cons w/　　　　　Date　July 9, 2012
　　　　　　SA CV 12-0889-DOC(JPRx)

Title　Proxyconn Inc. -v- Microsoft Corporation, et al.
　　　　Proxyconn Inc. -v- Microsoft Corporation, et al.

---

Present: The Honorable　　DAVID O. CARTER, U.S. District Judge

| Julie Barrera and D. Beard | Debbie Gale and Jane Sutton | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Andrew Weiss<br>Marc Fenster | Monique Cho<br>Catherin Lui<br>Karin Pagnanelli<br>Stephen J. Joncus |

Proceedings:　SCHEDULING CONFERENCE

　　Cause called. Hearing held. Matter trailed to 1:30 p.m. this date.

　　Later: Counsel arrive in the Courtroom and indicate they have agreed on the following dates and the Court orders the following dates be set:

　　Trial is set for September 3, 2013 (at 8:30 a.m.)

　　Pretrial Conference is set for August 19, 2013 (at 8:30 a.m.)

　　All motions shall be filed by April 8, 2013 so that they may be heard no later than May 27, 2013. Oppositions shall be filed by May 6, 2013 and replies shall be filed by May 13, 2013.

　　Expert Reports due by February 18, 2013, any rebuttals due by March 18, 2013.

　　Fact Discovery Cut-Off is set for March 15, 2013

　　Expert Discovery Cut-Off is set for April 1, 2013
　　Discovery April 1, 2013

　　Defendants' request for bifurcation is denied.

　　Parties stipulate and the Court orders that SA CV 12-889-DOC(JPRx): Proxyconn Inc. -v- Microsoft Corporation, et al. and SA CV 11-1681-DOC(JPRx) : Proxyconn Inc. -v- Microsoft Corporation, et al. may be consolidated . Consolidated complaint to be filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

by July 16, 2012.   The lead case will be SA CV 11-1681-DOC(JPRx).  Proxyconn Inc. -v- Microsoft Corporation, et al.

The Scheduling Conference in SA CV 12-889-DOC(JPRx): Proxyconn Inc. -v- Microsoft Corporation, et al. set for September 10, 2012 at 8:30 a.m. is VACATED.

|  | 00 | : | 34 |
|---|---|---|---|
| Initials of Preparer | db for jcb | | |